DUNDEE SMART CLOTHES, INC., Appellant, v. PENNSYLVANIA LUMBERMENS MUTUAL FIRE INSURANCE COMPANY, Respondent.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Cox, JJ.

JOHN A. STEPHEN, Formerly Known as HANS AUGSTEIN, et al., Respondents, v. ZIVNOSTENSKA BANKA, NATIONAL CORPORATION, Appellant, and ARCHIE B. MORRISON et al., as Temporary Receivers, Respondents.— No opinion. Concur — Peck, P. J., Bastow and Cox, JJ.; Breitel and Rabin, JJ., concur in the following memorandum: We should have been inclined to consider the question of law with respect to " nationalization " presented by the statute, if there had been an appeal by the plaintiff.

JAMES H. OSCAR, Appellant, v. BUNNIE CATTENHEAD et al., Respondents.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Cox, JJ.

ELIZABETH LE BRAM, Appellant, et al., Plaintiff, v. SAXON TAXI CO., INC., et al., Respondents.— Concur — Cohn, J. P., Bastow, Botein, Rabin and Cox, JJ.

SOLOMON H. SHAPIRO, Respondent, v. CHARLES PUNIA et al., Defendants and Third-Party Plaintiffs, et al., Defendant. LOUIS SUNSHINE et al., Third-Party Defendants. (Action No. 1.) SAMUEL TRAYMAN, Appellant, v. WILLIAM MARX et al., Respondents and Third-Party Plaintiffs, et al., Defendant. LOUIS SUNSHINE et al., Third-Party Defendants. (Action No. 2.) Concur — Peck, P. J., Breitel, Bastow, Rabin and Cox, JJ. [See *post,* p. 1090.]